IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-916-RPM-MJW

REGINALD DEAN BARNETT,

    Plaintiff,

v.

JOEL H. KNOWLES et. al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2005

GREGORY C. LANGHAM
CLERK

## ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Reginald Dean Barnett's claims against all of the Defendants should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulation for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against all of the Defendants are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

Dated this 23rd day of June 2005.

BY THE COURT:

_____
Richard P. Matsch
United States District Judge